No. 26.   GARNER ET AL. *v.* LOUISIANA;

No. 27.   BRISCOE ET AL. *v.* LOUISIANA; and

No. 28.   HOSTON ET AL. *v.* LOUISIANA.   Certiorari, 365 U. S. 840, to the Supreme Court of Louisiana.   The motion of the Committee on the Bill of Rights of the Association of the Bar of the City of New York for leave to file brief, as *amicus curiae,* is granted.   *John R. Fernbach* and *Murray A. Gordon* on the motion.   Reported below: —— La. ——, —— So. 2d ——.

No. 79.   LEHIGH VALLEY COOPERATIVE FARMERS, INC., ET AL. *v.* UNITED STATES ET AL.   Certiorari, 366 U. S. 957, to the United States Court of Appeals for the Third Circuit.   The motion of petitioners to substitute Orville L. Freeman in the place of Ezra Taft Benson as a party respondent is granted.   *Donn L. Snyder* on the motion.

No. 158.   CARNLEY *v.* COCHRAN, CORRECTIONS DIRECTOR.   Certiorari, 366 U. S. 958, to the Supreme Court of Florida.   It is ordered that *Harold A. Ward, Esquire,* of Winter Park, Florida, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 33, Misc.   DEAN *v.* FLORIDA.   Motion for leave to file petition for writ of certiorari denied.   Petitioner *pro se.*   *Richard W. Ervin,* Attorney General of Florida, and *Joe E. McClung,* Assistant Attorney General, for respondent.

No. 418, Misc.   COPENHAVER *v.* IOWA.   Motion for leave to file petition for writ of certiorari denied.

No. 401, Misc.   IN RE DEL CAMPO.   Motion for leave to file petition for writ of certiorari and for other relief denied.